

# NUMBER 13-21-00022-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

CARRIE M. LEO,                                                    Appellant,

v.

TYLER C. THOMAS AND
NICHOLAS STACEY,                                                 Appellees.

## On appeal from the 444th District Court
## of Cameron County, Texas.

# MEMORANDUM OPINION

### Before Justices Benavides, Longoria, and Tijerina
### Memorandum Opinion by Justice Tijerina

This matter is before the Court on appellant's notice of withdrawal of plaintiff's notice of appeal. The Court construes this notice as a motion to dismiss.

The Court, having considered appellant's unopposed motion, is of the opinion that the motion should be granted. *See* TEX. R. APP. P. 42.1(a). Therefore, appellant's motion

to dismiss is granted and the appeal is hereby dismissed. Costs will be taxed against the appellant. *See* TEX. R. APP. P. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant.").

JAIME TIJERINA
Justice

Delivered and filed on the
25th day of February, 2021.